No. 87. WHITE *v.* TEXAS. See *ante,* pp. 631, 641.

No. 726. FLEISHER ENGINEERING & CONSTRUCTION Co. ET AL. *v.* UNITED STATES FOR THE USE AND BENEFIT OF HALLENBECK. April 22, 1940. The petition for rehearing is granted. The order denying certiorari, *ante,* p. 677, is vacated and the petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit is granted. *Mr. Frank Gibbons* for petitioners. *Alice B. Marion* for respondent.

No. 19. OKLAHOMA PACKING Co., FORMERLY WILSON & Co., ET AL. *v.* OKLAHOMA GAS & ELECTRIC Co. ET AL. January 29, 1940. Motion for leave to file a petition for rehearing, and motion to recall the mandate, denied. *Ante,* p. 4.

No. 456. GEORGE *v.* VICTOR TALKING MACHINE Co. January 29, 1940. Motion for leave to file a second petition for rehearing denied. 308 U. S. 611, 638.

No. 4. TREINIES *v.* SUNSHINE MINING Co. ET AL. January 29, 1940. 308 U. S. 66.